# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America v.<br><br>George Amos Tenney III<br>DOB: XXXXXX<br>and Darrell Alan Youngers<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00505<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/28/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description | Defendant(s) |
|---|---|---|
| 18 U.S.C. § 231(a)(3) - Interfering with Law Enforcement Officer During Civil Disorder | | Defendant George Amos Tenney, III |
| 18 U.S.C. § 1512(c)(2) and (2) - Obstruction of Justice/Congress | | Defendant George Amos Tenney, III |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | | Defendant George Amos Tenney, III<br>Defendant Darrell Alan Youngers |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds | | Defendant George Amos Tenney, III<br>Defendant Darrell Alan Youngers |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building | | Defendant George Amos Tenney, III<br>Defendant Darrell Alan Youngers |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building | | Defendant George Amos Tenney, III<br>Defendant Darrell Alan Youngers |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Robert K. Gebing, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: 06/28/2021

*Judge's signature*

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*