# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>George Amos Tenney III<br><br>*Defendant* | 8:21-cr-368-JDA<br><br>Case: 1:21-mj-00505<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/28/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   George Amos Tenney III ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Interfering with Law Enforcement Officer During Civil Disorder;
18 U.S.C. § 1512(c)(2) and (2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   06/28/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.28 10:58:09 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/28/2021, and the person was arrested on *(date)* 6/29/2021
at *(city and state)* Anderson SC.

Date:   6/29/2021

*Arresting officer's signature*

Robert Gebing - Task Force Officer
*Printed name and title*