

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 20, 2021

James B. Loggins, Assistant Federal Public Defender
Federal Public Defender for the District of South Carolina
Greenville Office
75 Beattie Place
Suite 950
Greenville, SC 29601
james_loggins@fd.org

Alex Omar Rosa-Ambert, Assistant Federal Public Defender
Federal Public Defender for the Southern District of Texas
440 Louisiana Street
The Lyric Centre
Suite 1350
Houston, TX 77002
alex_rosa-ambert@fd.org

*Via ECF and e-mail*

      Re:    *United States v. George Amos Tenney III and Darrell Alan Youngers*
             Case No. 21-mj-505-GMH

Dear Counsel:

      I will be sharing a second production of preliminary discovery in this case using the government's USAfx File Exchange System.  Although you may review the entire discovery on the shared drive, in order to retain access to the discovery, you must download it immediately.  Once all uploaded materials are available for download, I will alert you via email.  If you have any questions regarding the provided discovery or are missing something, feel free to call or email me.

      For defendant George Tenney, this production of discovery is designated Highly Sensitive under the protective order entered in this case.  For defendant Darrell Youngers, the materials are not designated under the protective order.  The reason for this difference is that

materials in this discovery are drawn from Mr. Youngers' own cell phone and social media and financial accounts.

This second production of preliminary discovery includes the following:

1. A report and materials obtained in connection with a search of Mr. Youngers' Instagram account.
2. Data obtained from a search of Mr. Youngers' cell phone (note: this is not a copy of Mr. Youngers' entire cell phone, only selected items).
3. Selected items from Mr. Youngers' Facebook account.
4. Data relating to Mr. Youngers' American Express account.

Due to the extraordinary nature of the January 6, 2021 Capitol attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Alexis J. Loeb*

Alexis J. Loeb
Assistant United States Attorney
Detailee

3